IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID HORTSMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OZINGA BROS., INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) 21 C 4264<br>)<br>) Judge Sara L. Ellis<br>)<br>) Magistrate Judge Beth W. Jantz<br>) |

**ORDER**

This cause comes to be heard on the Parties' Joint Motion for Approval of Settlement Agreement (the "Motion") (collectively Plaintiffs and Defendant are referred to as the "Parties"). The Court having been fully advised, reviewed and considered the Settlement Agreement,

IT IS HEREBY ORDERED THAT:

1. The Court has considered arguments concerning whether the proposed settlement of this litigation on the terms and conditions provided for in the Settlement Agreement is a fair and reasonable compromise of a *bona fide* dispute between the Parties;

2. The Court finds that the Settlement Agreement is the result of arm's length negotiations and provides substantial relief to Plaintiffs;

3. The Motion is granted;

4. The Court hereby approves the terms provided in the Settlement Agreement;

5. Sanford Law Firm, PLLC is awarded the amounts set forth in the Settlement Agreement as full and complete satisfaction of its attorneys' fees and costs; and

6. This action is dismissed with prejudice. Each party shall bear their own fees and costs in accordance with the terms of the Settlement Agreement.

ENTERED:

Dated: January 25, 2023      BY: _____
                                  Hon. Sara L. Ellis

*Approved by:*                *Drafted by:*

Josh Sanford                  Antonio Caldarone
Colby Qualls                  Brian K. Jackson
Sanford Law Firm              Laner Muchin, Ltd.
Kirkpatrick Plaza             515 North State Street, Suite 2800
10800 Financial Centre Pkwy, Suite 510   Chicago, IL 60654
Little Rock, Arkansas 72211   (312) 467-9800
josh@sanfordlawfirm.com       acaldarone@lanermuchin.com
colby@sanfordlawfirm.com      bjackson@lanermuchin.com

Attorneys for Plaintiffs      Attorneys for Defendant

2